## Kuhn *v.* Reisinger Brothers, Inc., et al., Appellants.

Argued December 9, 1975. *Charles B. Zwally,* with him *Jack M. Stover,* and *Shearer, Mette and Woodside,* for appellants; *William F.*

*Martson,* with him *J. Wesley Oler, Jr.,* and *Martson and Snelbaker,* for appellee.

Order affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.